UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 04-35817 |
| § | |
| DEXTERITY SURGICAL, INC. F/K/A § | |
| LIFEQUEST MEDICAL, INC § | CHAPTER 11 CASE |
| § | |
| TAX IDENTIFICATION NO. § | |
| 74-2559866 § | |
| § | Doc. #72 |
| § | |
| DEBTOR. § | |

### ORDER GRANTING APPLICATION OF BARNET B. SKELTON, JR. AS ATTORNEY FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

This Court has considered the Application of The Official Committee of Unsecured Creditors ("**Committee**") of Dexterity Surgical, Inc. ("**Debtor**") for Order Authorizing Employment and Retention of Barnet B. Skelton, Jr. ("**Skelton**") As Co-Counsel For the Committee, and the Affidavit of Barnet B. Skelton, Jr.. in support thereof ("**Application**"), and it appearing that Skelton represents no interest adverse to the estate, the Committee or creditors herein with respect to matters for which Skelton is to be engaged, that Skelton is a disinterested person as that term is defined in Section 101(14) of title 11 of United States Code ("**Bankruptcy Code**"), as modified by Section 1103(b) of the Bankruptcy Code, and that its employment is necessary and in the best interests of the estate, and after due deliberation and good cause appearing therefore, finds that the Application is well taken and therefore is GRANTED. Accordingly, it is hereby

ORDERED, that pursuant to, *inter alia*, Sections 327 and 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) the Committee is hereby authorized and empowered to employ and retain Skelton as its co-counsel, effective as of July 7, 2004, on the terms and conditions set forth in the Application; and it is further

ORDERED, that compensation and reimbursement of expenses to be paid to Skelton shall be paid as an administrative expense in such amounts as shall be determined upon appropriate application to the Court pursuant to Sections 330 and 331 of the Bankruptcy Code, the Federal and Local Bankruptcy Rules and the United States Trustee Guidelines for fees and all orders and such other procedures as may be fixed by this Court. **

SO ORDERED this ____ day of __

_____
UNITED STATES BANKRUPTCY JUDGE

BARNET B. SKELTON, JR., P.C.
Proposed Attorney for the Official Committee
of Unsecured Creditors

By: /s/ Barnet B. Skelton, Jr.
   Barnet B. Skelton, Jr.
   State Bar No. 18456400
   1111 Bagby, 47th Floor
   Houston, Texas 77002
   (713) 659-8761 - Phone
   (713) 659-8764 - Fax

**The Court's authorization of two law firms to represent the Committee is not an authorization for the firms to engage in a duplication of effort. The Court will not approve fee applications for work that would not have been required if a single firm were employed by the Committee.**